

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00399-CV

**IN THE INTEREST OF R.R.** and RA.R., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-01388
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to withdraw is granted and the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant E.R. because he is indigent.

SIGNED October 2, 2013.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Cathy Stryker is the presiding judge of the 224th Judicial District Court of Bexar County, Texas. The termination order was signed by Associate Judge Charles E. Montemayor.